# EXHIBIT A

| | |
|---|---|
| **From:** | Holly Moyer <holly.moyer@franklin-insurance.com> |
| **Sent time:** | 08/15/2019 04:08:26 PM |
| **To:** | Claims (claims@tuscano.com) <claims@tuscano.com> |
| **Subject:** | Polk Borough Police Department Pol# VUMA0062275 |
| **Attachments:** | WRIT OF SUMMONS 2.pdf    image001.png    image002.jpg    image003.jpg |

```
Please find the attached Writ of Summons. Please put the carrier on notice

Thank you!
  Holly Moyer
  Licensed Insurance Agent
  Franklin & Titusville Insurance Agencies
  P: 814-432-4523  F: 814-432-5608
  Our Website    Facebook
Auto, Home, Life, Health, Business, Annuities, and Notary!

[cid:image001.png@01D55383.AAFD5D10]    [cid:image002.jpg@01D55383.AAFD5D10]     [titusville new
logo for email]
              'EMPLOYEE OWNED'
```

IN THE COURT OF COMMON PLEAS OF VENANGO COUNTY, PENNSYLVANIA
CIVIL DIVISION

| | |
|---|---|
| STEVEN G. EAKIN,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )    Civil No. 972-2019 |
| BOROUGH OF POLK; TOWNSHIP OF<br>FRENCHCREEK; EDWARD SHARP, JR.; and<br>ALAN K. HELLER,<br>    Defendants. | )<br>)<br>)<br>)<br>) |

## WRIT OF SUMMONS

TO:    Borough of Polk
        196 Church Street
        Polk, PA 16342

       YOU ARE HEREBY NOTIFIED THAT ON AUGUST __8th__, 2019, STEVEN G. EAKIN, HAS COMMENCED AN ACTION AGAINST THE BOROUGH OF POLK, ONE OF THE ABOVE-NAMED DEFENDANTS.

Date: 8/8/19

                                          Paula M. Palmer, Prothonotary

VENANGO COUNTY SHERIFF'S OFFICE
2019 AUG -8 A 11:20
RECEIVED

Venango County, S.S.
Certified from the Record
to be a full and true copy

AUG 08 2019

PAULA M. PALMER
PROTHONOTARY/CLERK OF COURTS





**Titusville Insurance Agency**