# EXHIBIT B

**BURNS WHITE LLC**
BY: Stuart T. O'Neal, Esquire
Nicole C. Freiler, Esquire
100 Four Falls, Suite 515
1001 Conshohocken State Road
West Conshohocken, PA 19428
Phone: (484) 567-5700
Fax: (484) 567-5701

***Attorneys for Defendant,***
Borough of Polk

FILED
COMMON PLEAS COURT
VENANGO COUNTY
2019 DEC -2 AM 9:53
PROTHONOTARY AND
CLERK OF COURTS

| | | |
|---|---|---|
| STEVEN G. EAKIN, | : | COURT OF COMMON PLEAS |
| | : | VENANGO COUNTY |
| Plaintiff | : | |
| | : | CIVIL DIVISION |
| v. | : | |
| | : | NO. 972-2019 |
| BOROUGH OF POLK, TOWNSHIP OF | : | |
| FRENCHCREEK, EDWARD SHARP, JR., | : | **JURY TRIAL DEMANDED** |
| and ALAN K. HELLER | : | |
| | : | |
| Defendants. | : | |

**PRAECIPE FOR RULE TO FILE COMPLAINT**

TO THE PROTHONOTARY:

Please enter a Rule upon Plaintiff to file a Complaint within twenty (20) days hereof or suffer the entry of a Judgment Non Pros.

**BURNS WHITE, LLC**

By: ______________________
Stuart T. O'Neal, Esquire
Nicole C. Freiler, Esquire
*Attorneys for Defendant,*
Borough of Polk

Date: November 27, 2019

| STEVEN G. EAKIN, | : | COURT OF COMMON PLEAS |
| | : | VENANGO COUNTY |
| Plaintiff | : | |
| | : | CIVIL DIVISION |
| v. | : | |
| | : | NO. 972-2019 |
| BOROUGH OF POLK, TOWNSHIP OF | : | |
| FRENCHCREEK, EDWARD SHARP, JR., | : | **JURY TRIAL DEMANDED** |
| and ALAN K. HELLER | : | |
| | : | |
| Defendants. | : | |

## RULE

**AND NOW**, this _____ day of _____, 20__, the Plaintiff is hereby

ruled to file a Complaint with regard to the above-captioned matter within twenty (20) days, or

suffer a Judgment of Non Pros.

_____
Prothonotary

**BURNS WHITE LLC**
BY:     Stuart T. O'Neal, Esquire
        Nicole C. Freiler, Esquire
100 Four Falls, Suite 515
1001 Conshohocken State Road
West Conshohocken, PA  19428
Phone: (484) 567-5700
Fax:    (484) 567-5701

*Attorneys for Defendant,*
Borough of Polk

| STEVEN G. EAKIN, | : COURT OF COMMON PLEAS |
|---|---|
| | : VENANGO COUNTY |
| Plaintiff | : |
| | : CIVIL DIVISION |
| v. | : |
| | : NO. 972-2019 |
| BOROUGH OF POLK, TOWNSHIP OF | : |
| FRENCHCREEK, EDWARD SHARP, JR., | : **JURY TRIAL DEMANDED** |
| and ALAN K. HELLER | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF COMPLIANCE

I, Stuart T. O'Neal, Esquire, hereby certify that this filing complies with the provisions of

the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the*

*Appellate and Trial Courts* that require filing confidential information and documents differently

than non-confidential information and documents.

BURNS WHITE, LLC

By:

Stuart T. O'Neal, Esquire
Nicole C. Freiler, Esquire
*Attorneys for Defendant,*
Borough of Polk

Date: November 27, 2019

**BURNS WHITE LLC**
BY:    Stuart T. O'Neal, Esquire
         Nicole C. Freiler, Esquire
100 Four Falls, Suite 515
1001 Conshohocken State Road
West Conshohocken, PA 19428
Phone: (484) 567-5700
Fax:    (484) 567-5701

*Attorneys for Defendant,*
Borough of Polk

| | |
|---|---|
| STEVEN G. EAKIN, | : COURT OF COMMON PLEAS |
| | : VENANGO COUNTY |
| Plaintiff | : |
| | : CIVIL DIVISION |
| v. | : |
| | : NO. 972-2019 |
| BOROUGH OF POLK, TOWNSHIP OF | : |
| FRENCHCREEK, EDWARD SHARP, JR., | : **JURY TRIAL DEMANDED** |
| and ALAN K. HELLER | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Stuart T. O'Neal, Esquire, hereby certify that on this **27th day of November 2019**, I

served a true and correct copy of our **Praeacipe for Rule to File Complaint** upon the following

via USPS First Class Mail and Certified Mail, Return Receipt Requested:

Steven G. Eakin, *Pro Se*
563 Bucktail Road
Franklin, PA 16323

**BURNS WHITE, LLC**

By:

Stuart T. O'Neal, Esquire
Nicole C. Freiler, Esquire
*Attorneys for Defendant,*
Borough of Polk